ERIK O. ERIKSON, as Administrator, etc., of ERIK A. ERIKSON, Deceased, Respondent, v. MONARD FLYERS, INC., Appellant.— Order granting plaintiff's motion for a bill of particulars, in so far as appealed from, affirmed, with ten dollars costs and disbursements. If defendant be unable to furnish such particulars, let it so state under oath. The particulars or the statement in lieu thereof is

to be furnished within five days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.